**Electronically Filed
Supreme Court
SCPW-14-0001155
23-OCT-2014
12:52 PM**

SCPW-14-0001155

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KHISTINA CALDWELL DEJEAN, Petitioner,

vs.

GARY W.B. CHANG, JUDGE OF THE FIRST CIRCUIT COURT,
STATE OF HAWAIʻI, Respondent Judge,

and

SCOTT T. NAGO, Chief Election Officer; OFFICE OF ELECTIONS;
AARON SCHULANER, General Counsel, Respondents.

---

ORIGINAL PROCEEDING
(CIV. NO. 14-1-001348)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Khistina Caldwell DeJean's petition for a writ of mandamus, filed on October 3, 2014, the respective supporting documents, and the record, it appears that Petitioner fails to demonstrate that she has a clear and indisputable right to stop the 2014 general election and have her name included on the ballot as a candidate for governor. See Haw. Const. art. V, sec. 2 ("The lieutenant governor shall be

elected at the same time, for the same term and in the same manner as the governor[.]"); <u>Hirono v. Peabody</u>, 81 Hawaiʻi 230, 915 P.2d 704 (1996) (a candidate for governor must seek the nomination to the office with a candidate for lieutenant governor from the same political party); HRS § 12-8 (2009 & Supp. 2013). Petitioner, therefore, is not entitled to the requested writ of mandamus. <u>See</u> <u>Kema v. Gaddis</u>, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action). Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED:  Honolulu, Hawaiʻi, October 23, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2